DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ALISON GERSHENSON,**
Appellant,

v.

**ELIZABET DA SILVA,**
Appellee.

No. 4D2023-2131

[April 11, 2024]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Betsy Benson, Judge; L.T. Case No. COCE23-032118.

Marc M. Susselman, Canton, MI, for appellant.

David A. Silverstone of David A. Silverstone, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

MAY, DAMOORGIAN and KUNTZ, JJ., concur.

*        *        *

***Not final until disposition of timely filed motion for rehearing.***